## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**SEALED**

v.                                                    **INDICTMENT**

**WESNER JEAN-PIERRE**                     3:23-cr-45/TKW

_____/

## THE GRAND JURY CHARGES:

## COUNTS ONE THROUGH THIRTY-FOUR

## A. INTRODUCTION

At all times material to this Indictment:

1.      Defendant **WESNER JEAN-PIERRE** worked as a tax return preparer at WJP Financial Services, LLC, which was a tax return preparation business located in Pensacola, Florida.

2.      The Internal Revenue Service ("IRS") was a bureau within the United States Department of the Treasury ("Treasury") and an agency of the government of the United States. The IRS was responsible for the administration and enforcement of Title 26 of the United States Code ("Internal Revenue Code").

3.      Included within the governmental functions of the IRS were the responsibility and authority to ascertain, compute, assess, and collect taxes ("revenue") and to conduct related investigations, examinations, audits, and

FILED USDC FLND PN
JUN 20 '23 PH 2:31

Returned in open court pursuant to Rule 6(f)

6/20/2023
Date

Z.B.
United States Magistrate Judge

enforcement actions. The governmental functions of the IRS also included the responsibility and authority to investigate fraudulent activity related to the income tax refund process, to obtain the repayment of any such fraudulently disbursed tax refunds, and to seek penalties against those responsible for such fraud.

4.    IRS Form Schedule A was used to report itemized deductions that, if totaled above a certain amount, would reduce the amount of an individual's taxable income. Some categories of expenses that could be reported on a Schedule A were charitable donations, medical expenses, sales tax, and certain interest payments.

5.    IRS Form Schedule C was used to report profit or loss from a business operated or a profession practiced as a sole proprietor based on the income earned and expenses paid by the business. An activity qualified as a business if an individual's primary purpose for engaging in the activity was for income or profit, and the individual was involved in the activity with continuity and regularity.

6.    The IRS had special rules for reporting household employee income ("HSH income") earned by certain household employees, such as babysitters and nannies. HSH income was often self-reported at the discretion of the employees, as the IRS did not require employers of said employees to provide Forms W-2 for HSH income below a certain threshold.

7.    IRS Form 8812, Credits for Qualifying Children and Other Dependents, was used to claim the Child Tax Credit ("CTC") and the Additional

2

Child Tax Credits ("ACTC"). The CTC was a federal tax credit available to provide credit to taxpayers with certain earned income. The credit was first applied to reduce or eliminate the worker's tax liability, and in some cases provided the family a partial refund. The ACTC was the refundable portion of the CTC. The additional credit included all taxpayers who have earned income, regardless of the number of qualifying children. For taxpayers whose entire tax liability was not elimated by the CTC, or for those who owe no income taxes, an ACTC was given in the form of a partial refund.

8.      IRS Form 4163, Credit for Federal Tax Paid on Fuels ("FTC"), was used to claim a tax credit for fuel used in an off-highway business use and other nontaxable use. Off-highway business use was any off-highway use of fuel in a trade or business or in an income producing activity where the equipment or vehicle was not registered with the state government and not required to be registered for use on public highways. IRS Publication 225 provided the following examples of off-highway business use: (1) in stationary machines such as generators, compressors, power saws, and similar equipment; (2) for cleaning purposes; and (3) in forklift trucks, bulldozers, and earthmovers.

9.      Earned Income Tax Credit ("EITC") was a tax credit for workers with low to moderate income. Eligibility for the tax credit was based on various factors including family size, filing status, and income. When EITC exceeded the amount

3

of taxes owed, it resulted in a tax refund to those who claim and qualify for the credit. The credit was subject to income limitations.

10.      IRS Form 8863, Education Credits, was used to calculate and claim education credits, which were based on qualified education expenses paid to an eligible postsecondary educational institution. The refundable Education Credits were known as the American Opportunity Tax Credit ("AOTC"). The credits were based on the amount of qualified education expenses paid for the student in the tax year. Qualified education expenses must have been reduced by any expenses paid directly or indirectly using tax-free educational assistance. Qualified expenses included tuition, required enrollment fees, and course materials the student needed for course of study, such as, books, supplies, and equipment.

## B. THE CHARGE

On or about the dates listed below, in the Northern District of Florida, the defendant,

## WESNER JEAN-PIERRE,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation under, and in connection with a matter arising under, the internal revenue laws, of a United States Individual Income Tax Return, Form 1040, which return was fraudulent and false as to a material matter, in that the filed return, as set forth below, falsely represented the taxpayer's Schedule A itemized deductions,

4

Schedule C losses, Schedule C profits, HSH income, Child Tax Credits, Additonal

Child Tax Credits, Fuel Tax Credits, American Opportunity Tax Credits, and

Earned Income Tax Credits, where the defendant knew such representations and

claims to be false:

| Count | Taxpayer(s) | Calendar Year | Filing Date | Falsely Reported Items |
|:---:|:---:|:---:|:---:|:---|
| 1 | C.B. | 2017 | 03/12/2018 | HSH income<br>FTC<br>ACTC<br>EITC |
| 2 | C.B. | 2018 | 02/25/2019 | HSH income<br>FTC<br>ACTC<br>EITC |
| 3 | C.B. | 2019 | 03/23/2020 | Schedule C loss<br>HSH income<br>FTC<br>ACTC<br>EITC |
| 4 | C.H. | 2017 | 03/12/2018 | Schedule C loss<br>FTC<br>EITC |
| 5 | C.H. | 2018 | 03/04/2019 | Schedule C loss<br>FTC<br>EITC |
| 6 | C.H. | 2019 | 02/24/2020 | Schedule C loss<br>FTC<br>AOTC<br>EITC |
| 7 | D.H. | 2018 | 02/25/2019 | Schedule C loss<br>FTC |
| 8 | D.H. | 2019 | 03/30/2020 | Schedule C loss<br>FTC |

| 9 | J.P., J.P. | 2017 | 04/16/2018 | Schedule C loss<br>Schedule A deductions<br>FTC |
|---|---|---|---|---|
| 10 | J.P., J.P. | 2018 | 05/06/2019 | Schedule C loss<br>Schedule A deductions<br>FTC |
| 11 | J.P., J.P. | 2019 | 03/30/2020 | Schedule C loss<br>Schedule A deductions |
| 12 | L.R. | 2017 | 02/12/2018 | HSH income<br>ACTC<br>FTC<br>AOTC<br>EITC |
| 13 | L.R. | 2018 | 02/18/2019 | HSH income<br>CTC<br>ACTC<br>FTC<br>EITC |
| 14 | L.R. | 2019 | 02/10/2020 | HSH income<br>CTC<br>ACTC<br>FTC<br>AOTC<br>EITC |
| 15 | M.B. | 2017 | 02/19/2018 | FTC |
| 16 | M.B. | 2018 | 02/18/2019 | Schedule C loss<br>FTC<br>EITC |
| 17 | M.B. | 2019 | 02/24/2020 | FTC |
| 18 | T.R. | 2017 | 04/23/2018 | Schedule C profit<br>HSH income<br>ACTC<br>EITC |
| 19 | T.R. | 2018 | 02/25/2019 | FTC |
| 20 | T.R. | 2019 | 02/24/2020 | FTC |

| 21 | P.E. | 2017 | 03/12/2018 | Schedule C loss<br>FTC<br>EITC |
| 22 | P.E., M.E. | 2018 | 03/04/2019 | Schedule C loss<br>FTC |
| 23 | P.E., M.E. | 2019 | 04/27/2020 | Schedule C loss<br>FTC |
| 24 | R.P. | 2017 | 03/25/2019 | Schedule A |
| 25 | R.P. | 2018 | 03/18/2019 | Schedule C loss<br>FTC |
| 26 | R.P. | 2019 | 03/12/2018 | Schedule C loss |
| 27 | R.H., K.H. | 2018 | 04/15/2019 | Schedule A |
| 28 | E.B. | 2017 | 04/23/2018 | Schedule C loss<br>FTC |
| 29 | E.B. | 2018 | 04/15/2019 | Schedule C loss<br>Schedule A<br>FTC |
| 30 | E.B. | 2019 | 03/23/2020 | Schedule C loss<br>FTC |
| 31 | B.B. | 2017 | 02/26/2018 | HSH income<br>ACTC<br>FTC<br>EITC |
| 32 | B.B. | 2018 | 03/04/2019 | HSH income<br>ACTC<br>FTC<br>EITC |
| 33 | B.B. | 2019 | 02/17/2020 | HSH income<br>CTC<br>ACTC<br>FTC<br>EITC |
| 34 | B.B. | 2020 | 05/10/2021 | FTC |

In violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL:

FOREPERSON

Jun 20, 2023
DATE

JASON R. COODY
United States Attorney

JEFFREY M. THARP
Assistant United States Attorney